## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL D. FISHER AND**<br>**KATHERINE Y. FISHER,** | § § § | |
| **Plaintiffs,** | § § § | |
| **vs.** | § § § | **CIVIL ACTION NO. 4:21-cv-01242-O** |
| **LIBERTY MUTUAL INSURANCE**<br>**COMPANY, LADDER NOW, LLC and**<br>**JOSEPH MANGUM,** | § § § § | |
| **Defendants.** | § § § | |

### NOTICE OF DEFENDANT LIBTERY MUTUAL INSURANCE COMPANY'S
### INITIAL DESIGNATION OF
### EXPERT WITNESSES AND RULE 26(A)(2) DISCLOSURES

Defendant Liberty Mutual Insurance Company notifies the Court that it has

served Plaintiffs with its Initial Designation of Expert Witnesses and Rule 26(a)(2)

Expert Disclosures, in which it designates the following experts as to issues on which it

has the burden of proof as follows:

### EXPERTS DESIGNATED PURSUANT TO RULE 26(a)(2)(B)

A. **CHRIS MOULDER, P.E.**
   PIE LB Lerch Bates
   9780 S. Meridian Blvd., Suite 450
   Englewood, Colorado 80112

### EXPERTS DESIGNATED UNDER RULE 26(a)(2)(C) (NON-RETAINED)

B. **DAVID BROSIG, P.E.**
   Donan Engineering Co., Inc.
   12450 Lake Station Place
   Louisville, Kentucky 40299
   Telephone: 800.482.5611

C. **ERIC CULVER, P.E.**
   Donan Engineering Co., Inc.

12450 Lake Station Place
Louisville, Kentucky 40299
Telephone: 800.482.5611

**D. MARK TILLMAN**
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, TX 75038
Telephone: (214) 492-5720

Respectfully submitted,

*/s/ Mark D. Tillman*

MARK D. TILLMAN
State Bar No. 00794742
SALINA KABANI
State Bar No. 24067484

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
salina.kabani@tb-llp.com

**ATTORNEYS FOR DEFENDANT**
**LIBERTY MUTUAL INSURANCE**
**COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been forwarded to Plaintiffs' counsel of record via electronic mail, on the 31st day of May 2022, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

**ATTORNEYS FOR PLAINTIFFS**
George B. Murr
Texas Bar No. 00794348
Andrew C. Smith
Texas Bar No. 14230910
MurrLaw
4101 Washington Avenue
Houston, Texas 77007
Telephone:  713.966.6141
Facsimile:  713.588.2412
murr@my-lawyers.com
asmith@my-lawyers.com

**LOCAL COUNSEL**
John W. Raggio
Texas Bar No. 24041739
jraggio@fnlawfirm.com
Fears Nachawati, PLLC
5473 Blair Road
Dallas, Texas 75231
(214) 890-0711
(214) 890-0712 – Facsimile

*/s/  Mark D. Tillman*
MARK D. TILLMAN